**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AURORA JAQUELINE LEZAMA DE CARDENAS, | No. 06-71586 |
| Petitioner, | Agency No. A077-368-596 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

   Aurora Jaqueline Lezama de Cardenas, a native and citizen of Mexico,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's ("IJ") removal order. We have jurisdiction

under 8 U.S.C. § 1252. We review for substantial evidence the agency's findings

---

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

of fact, *Urzua Covarrubias v. Gonzales*, 487 F.3d 742, 744 (9th Cir. 2007), and we review de novo questions of law, *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir. 2005). We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on Lezama de Cardenas' implausible testimony concerning whether she knew her Mexican citizen cousins possessed proper documentation to enter the United States, as well as her inconsistency regarding the amount of time she had to obtain this information. *See Wang v. INS*, 352 F.3d 1250, 1258-59 (9th Cir. 2003) (inconsistencies and implausibilities in testimonial and documentary evidence went to the heart of applicant's claim and supported IJ's adverse credibility finding). Moreover, Lezama de Cardenas "provided some form of affirmative assistance to the illegally entering alien[s]" by arranging to have her cousins picked up and driven to the border by her husband. *Altamirano*, 427 F.3d at 592. Accordingly, the agency properly concluded that Lezama de Cardenas was removable for alien smuggling. *See* 8 U.S.C. § 1182(a)(6)(E)(i); *Urzua Covarrubias*, 487 F.3d at 747-49.

**PETITION FOR REVIEW DENIED.**